**Electronically Filed
Supreme Court
SCWC-13-0003837
09-DEC-2016
02:15 PM**

SCWC-13-0003837

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ROBERT DIEGO, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003837; CR. NO. 11-1-0223)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Browning in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant Robert Diego's application
for writ of certiorari filed on October 24, 2016, is hereby
rejected.

DATED: Honolulu, Hawai'i, December 9, 2016.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ R. Mark Browning

